# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 6D23-955
Lower Tribunal No. 2019-CA-003132-0001-XX

————————————————

COMPETITIVE CONCRETE PUMPING, INC., BRADLEY D. HUTSON, RICHARD J. GUELFI, and OWNERS INSURANCE COMPANY,

Appellants,

v.

TIMOTHY N. KARLSEN,

Appellee.

————————————————

Appeal from the Circuit Court for Collier County.
Elizabeth V. Krier, Judge.

March 5, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and SMITH, JJ., concur.


Kansas R. Gooden, of Boyd & Jenerette, P.A., Miami and Kevin D. Franz, of Boyd & Jenerette, P.A., Boca Raton, for Appellants, Competitive Concrete Pumping, Inc., Bradley D. Hutson, and Richard Guelfi.

Robin P. Keener and Matthew E. Strojnowski, of Stoler Russell Keener Verona, P.A., Tampa, for Appellant, Owners Insurance Company.

Grace Mackey Streicher and Andrew A. Harris, of Harris Appeals, P.A., Palm Beach Gardens, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED